No. 98–6510. IN RE RIVERA. Motion of petitioner for leave to proceed *in forma pauperis* denied. See this Court's Rule 39.8. Petitioner is allowed until February 1, 1999, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33.1 of the Rules of this Court.

No. 98–6385. SWISHER v. TEXAS COMMISSION FOR LAWYER DISCIPLINE. Sup. Ct. Tex.;

No. 98–6618. SANSONE v. MCI TELECOMMUNICATIONS. C. A. 4th Cir.; and

No. 98–6621. SWISHER v. TEXAS COMMISSION FOR LAWYER DISCIPLINE. Sup. Ct. Tex. Motions of petitioners for leave to proceed *in forma pauperis* denied. Petitioners are allowed until February 1, 1999, within which to pay the docketing fee required by Rule 38(a) and to submit petitions in compliance with Rule 33.1 of the Rules of this Court.

No. 98–7088. IN RE DAY;

No. 98–7105. IN RE SEAVOY;

No. 98–7143. IN RE CARTER; and

No. 98–7227. IN RE RODRIGUEZ-VELAZQUEZ. Petitions for writs of habeas corpus denied.

No. 98–6474. IN RE BIBBS;

No. 98–6619. IN RE SALDANA;

No. 98–6670. IN RE MARSHALL;

No. 98–6919. IN RE MAYBERRY; and

No. 98–7022. IN RE CHRISTY. Petitions for writs of mandamus denied.

No. 98–6651. IN RE TERMINELLO. Petition for writ of mandamus and/or prohibition denied.

No. 98–243. REDMON v. UNITED STATES. C. A. 7th Cir. Certiorari denied.